IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES-ERIC WOFFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>DANE R. HAYWARD DBA, in his official and private capacity, S. CURTIS, in his official and private capacity, MARK BARNES, in his official and private capacity, and LAKE COUNTY aka THE COUNTY OF LAKE,<br><br>        Defendants.<br>                                                      / | No. C 05-03355 WHA<br><br>**ORDER SUGGESTING POSSIBLE REASSIGNMENT** |

The Court has identified the above-captioned action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

The parties are directed to meet and confer before filing a letter stating whether or not they are willing to consent to reassignment of this matter by **SEPTEMBER 20, 2005**. If the parties so consent, the matter will be transferred. The parties shall thereafter file written consent to appear before a magistrate judge in the form requested by Magistrate Judge Vadas.

**IT IS SO ORDERED.**

Dated: September 6, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE