IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES-ERIC WOFFORD,

    Plaintiff,

  v.

DANE R. HAYWARD DBA, in his official and private capacity, S. CURTIS, in his official and private capacity, MARK BARNES, in his official and private capacity, and LAKE COUNTY aka THE COUNTY OF LAKE,

    Defendants.

No. C 05-03355 WHA

**ORDER REJECTING POSSIBILITY OF REASSIGNMENT**

    In light of defendants' letter dated September 16, 2005, indicating that they are unwilling to consent to reassignment, the Court declines to reassign this matter to Magistrate Judge Nandor J. Vadas.

**IT IS SO ORDERED.**

Dated: September 19, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE