IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES-ERIC WOFFORD,

    Plaintiff,

  v.

DANE R. HAYWARD DBA, in his official and private capacity, S. CURTIS, in his official and private capacity, MARK BARNES, in his official and private capacity, and LAKE COUNTY aka THE COUNTY OF LAKE,

    Defendants.

No. C 05-03355 WHA

**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS**

    Defendants have separately noticed two motions to dismiss plaintiff's complaint, both currently scheduled to be heard on October 20, 2005. Pursuant to Civil Local Rule 7–3, any opposition to a motion (or statement of nonopposition) must be served and filed (*i.e.*, received by the Court) not less than 21 days before the hearing date. No timely opposition was filed.

    Plaintiff is reminded that even though he is acting pro se, he is obligated to follow the same rules as represented parties. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). The hearing on these motions is continued to **NOVEMBER 10, 2005 AT 2:00 P.M.** This means that plaintiff's opposition briefs are now due on or before **OCTOBER 20, 2005**.

**IT IS SO ORDERED.**

Dated: October 5, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE